UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                :

ANTHONY HOUSE,                :

                  Plaintiff,   :       18 Civ. 6693 (PAE)

                :       <u>ORDER</u>

         -v-          :

                :

CITY OF NEW YORK, et al.,      :

                :

                Defendants. :

                :

------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court hereby sets the

following schedule and deadlines:

- The parties' joint statement of stipulated facts is due December 6, 2019.

- Defendant's motion for summary judgment is due January 10, 2020.

- Plaintiffs' oppositions to defendant's motion is due January 31, 2020.

- Defendant's reply is due February 14, 2020.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: November 12, 2019
      New York, New York