UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

ANTHONY HOUSE,

                      Plaintiff,

        -v-

CITY OF NEW YORK, et al.,

                      Defendants.

------------------------------------------------------------------X

18 Civ. 6693 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed and approves of the City Defendants' proposed redactions to their memorandum of law in support of their motion for summary judgment, their Rule 56.1 statement of material facts, and the declaration of Valerie E. Smith and the exhibits attached thereto. *See* Dkt. 73. The Court directs the City Defendants file the redacted versions on ECF and to file unredacted versions under seal.

    SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: January 13, 2020
       New York, New York