*Law Offices*
**DEVON M. RADLIN**

*160 Broadway, 4th Floor*
*New York, New York 10038*

OFFICE: (212) 406-9200
FAX: (212) 937-2345
DEVON@LAWDMR.COM

February 14, 2020

ECF
**Honorable Judge Paul Engelmayer**
United States Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *Anthony House v. City of New York, et al*
              18-CV-6693 (PAE)

Dear Judge Engelmayer:

      Please be advised that this office represents the Plaintiff in the above matter.

      Plaintiff respectfully requests permission to file their Memorandum of Law in Opposition to Defendants' Motions for Summary Judgment; Response to Local Civil Rule 56.1 Statements of Material Facts; Declaration of affirmation and corresponding exhibits under seal. Redacted versions of these documents will be filed on ECF.

      Pursuant to your Honor's Individual Rules, the unredacted versions of the documents will be provided with the copy of the opposition papers to the Court. In addition, both defense counsel will be provided unredacted copies of said documents via email and regular mail.

      Pursuant to the Protective Order endorsed by this Court on October 23, 2019 (See ECF Dkt. #64), matters that are deemed "Confidential Materials" shall include DOC personnel and disciplinary -related records and information related to defendant C.O. Seepaul."

      Plaintiff wishes to abide by the Protective Order to redact other Confidential Materials that relate to disciplinary records.

      Plaintiff requests that the Court grant permission to file the above under seal as the *Lugosch* standard has been met.

      I have contacted defense counsel who consent to this request.

Very truly yours,

DEVON M. RADLIN

*via ECF*
Sonya Chazin, Esq
Valerie Smith, Esq.

2/18/2020
The Court has reviewed and approves of the proposed redactions.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge