UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY HOUSE,

                                     Plaintiff,                18 Civ. 6693 (PAE)

                  -v-

CITY OF NEW YORK, et al.,                                ORDER

                                 Defendants.

PAUL A. ENGELMAYER, District Judge:

On June 12, 2020, § 50-a of the New York Civil Rights Law, which had designated the disciplinary records of law enforcement officers as confidential, was repealed. *See* S. 8496, 2019–20 Leg., Reg. Sess. (N.Y. 2020) (enacted), available at https://legislation.nysenate.gov/pdf/bills/2019/S8496. In light of this repeal, the Court orders that any under-seal filings related to law enforcement disciplinary records be unsealed. As such, the parties are to re-file versions of the following documents that remove redactions related to law enforcement disciplinary records: the joint statement of undisputed facts, Dkt. 68; the City Defendants' memorandum of law in support of their motion for summary judgment, Dkt. 80; the City Defendants' Rule 56.1 statement, Dkt. 78; the declaration of Valerie E. Smith and its attached exhibits, Dkt. 79; House's memorandum of law in opposition, Dkt. 89; House's Rule 56.1 statement response, Dkt. 90; the declaration of Devon M. Radlin and its attached exhibits, Dkt. 88; and the City Defendants' Rule 56.1 statement response, Dkts. 97, 101. The minimal redactions in these documents that reflect content not covered by § 50-a may remain in the newly-filed versions.

2

The parties are ordered to file the unredacted versions of these documents on the public docket no later than July 17, 2020.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: July 14, 2020
      New York, New York

2