**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ANTHONY HOUSE,

                Plaintiff,              18 **CIVIL** 6693 (PAE) (KNF)

      -against-                      **JUDGMENT**

CITY OF NEW YORK, et al.,
                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 24, 2020, the Court grants defendants' motions for summary judgment; accordingly, this case is closed.

**Dated:** New York, New York
         November 24, 2020

                                                 **RUBY J. KRAJICK**
                                                 _____
                                                 **Clerk of Court**
                             **BY:**
                                                   **Deputy Clerk**